IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-CR-1039 |
| Plaintiff, | ) ) ) | **INDICTMENT** |
| vs. | ) ) ) | **Count 1** |
| JACOB PATRICK DEMAIO, | ) ) | 21 U.S.C. § 846 Conspiracy to Distribute a Controlled Substance Near a Protected Location |
| Defendant. | ) ) ) ) | **Forfeiture Allegation** |

The Grand Jury charges:

## Count 1

**Conspiracy to Distribute a Controlled Substance Near a Protected Location**

Between in or about August 2019, and continuing to in or about January 2022, in the Northern District of Iowa and elsewhere, defendant JACOB PATRICK DEMAIO did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 50 grams of actual (pure) methamphetamine, a Schedule II controlled substance, within 1,000 feet of a school or park, specifically, Lincoln Elementary School, Alternative Learning Center, Jones Early Childhood Center, Madison Park, Jackson Park, and Orange

Park, all in Dubuque, Iowa, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 860(a).

This was in violation of Title 21, United States Code, Section 846.

## **Drug-Related Forfeiture Allegation**

1.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.  Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, JACOB PATRICK DEMAIO, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s), including, but not limited to the following:

    a.  2005 Harley Davidson FXST motorcycle;

    b.  2018 Harley Davidson Road King motorcycle; and

    c.  Baikal .380 firearm.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

TIMOTHY T. DUAX
United States Attorney

By: /s/

DEVRA T. HAKE
Special Assistant United States Attorney

A TRUE BILL

s/Foreperson

Grand Jury Foreperson    Date  Oct 19, 2022

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 10/19/2022
PAUL DE YOUNG, CLERK