IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 22-CR-1039 |
| vs. | ) |
| JACOB PATRICK DEMAIO, | ) |
| Defendant. | ) |

**ORDER SEALING INDICTMENT AND WARRANT**

For cause, it is

ORDERED

That the Indictment and Arrest Warrant in this matter is sealed until the arrest of the defendant.

Dated this 19th day of October, 2022.

_____
MARK A. ROBERTS
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA