# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JACOB PATRICK DEMAIO, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:22-cr-1039-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 10/25/2022 | Start: | 11:56 AM | Adjourn: | 12:00 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Nicole L. Nagin | | | | | | | |
| | Defendant(s): | Michael Lanigan (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Francesca Schrader | | | | | | | |
| | Interpreter: | -- | | Language: | -- | | Certified: -- | Phone: | -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X AND/OR ARRAIGNMENT: X

| | | |
|---|---|---|
| | Contested? No | Continued from a previous date? No |
| Date of indictment: | 10/19/2022 | |
| Was defendant *Mirandized*? | Yes | |
| Defendant pleaded | not guilty to count 1 of the indictment | |
| Counsel: | Retained X Appointed (FPD or CJA Panel): | CJA Panel: Michael Lanigan |
| Stipulation to discovery plan? | Yes Did defendant provide financial affidavit? | Yes |
| Did the government move for detention? | Yes Was the defendant detained? | Yes |
| Detention hearing: | Waived. Right reserved. | |
| Trial date: | CJW 12/27/2022 | |
| **Witness/Exhibit List is** | -- | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | Defendant waives reading of the indictment.<br><br>Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. |
|---|---|