UNITED STATES DISTRICT COURT
NORTHERN DISTRICT IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 22-CR-1039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT'S UNRESISTED |
| | ) | MOTION TO CONTINUE TRIAL |
| JACOB DEMAIO, | ) | DATE |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Jacob Demaio, by and through counsel, and in support of this Unresited Motion to Continue Trial Date, states as follows:

1. Trial is set for December 27, 2022.

2. There is an extreme amount of discovery to review, including banking/financial records, which requires a hard drive with 1 TB of space. The undersigned must meet with Defendant in Linn County Jail to process much of this discovery.

3. Defendant is charged with Conspiracy to Distribute a Controlled Substance Near a Protected Location and, according to the Government, faces a potential sentencing guideline range of 360 months – life. In the interests of justice, Defendant needs more time to be adequately prepared for trial.

4. The undersigned has discussed this Motion with the U.S. Attorney's Office and the Government does not resist a continuance.

WHEREFORE, Defendant respectfully requests a continuance of the trial date for approximately 90 days and that trial related motions and briefs be continued accordingly.

Respectfully Submitted,

<u>December 2, 2022</u>                  /s/: Michael Lanigan
Date                            Michael Lanigan, #AT0004554
318 East Fourth Street
Waterloo, Iowa 50703
Phone: (319) 236-2064
Fax: (319) 232-2390
Attorney for Defendant
laniganlaw@mchsi.com

## CERTIFICATE OF SERVICE

I certify that on 12/02/2022, I electronically filed the foregoing with the Clerk of Court using the CMECF system which will send notification of such filing to the following:

U.S. Attorney