# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JACOB PATRICK DEMAIO,<br>    Defendant. | No. 2:22-cr-1039-CJW-MAR-1<br><br>**ORDER SCHEDULING ARRAIGNMENT** |

An arraignment on the superseding indictment for the above defendant will take place before the undersigned on Friday, March 10, 2023 at 11:00 a.m.; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa, unless the defendant submits to the Clerk of Court a written waiver of arraignment by emailing the waiver to ECFmail@iand.uscourts.gov (attached).

**IT IS SO ORDERED** this 23rd day of February 2023.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa