# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JACOB PATRICK DEMAIO,<br>Defendant. | No. 2:22-cr-1039-CJW-MAR-1<br><br>**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at arraignment on the charge currently pending against him in this court.

1. The defendant affirms that he has received a copy of the superseding indictment;
2. The defendant understands that he has the right to appear personally before the Court for an arraignment on this charge, and voluntarily waives that right;
3. The defendant pleads not guilty to count 1 of the superseding indictment; and
4. The defendant stipulates to entry of the standard discovery order utilized in this District.

_____   2-27-23        _____   2-27-23
Jacob Patrick Demaio      Date              Michael Lanigan            Date
Defendant                                   Counsel for Defendant

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and his plea of not guilty is entered of record with the Clerk of Court. All bond conditions, deadlines, hearing dates, and trial dates previously set in this case remain the same. *See* LCrR. 12(b). However, the arraignment scheduled for March 10, 2023 at 11:00 a.m. is hereby **cancelled**.

DATED this __27th__ day of __February__ 2023.

_____
Mark A. Roberts, Magistrate Judge
United States District Court
Northern District of Iowa