# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CODI LYN DEMAIO,<br><br>    Defendant. | No. 22-cr-1039-CJW-2<br><br>**ORDER SCHEDULING INITIAL APPEARANCE AND ARRAIGNMENT** |

The initial appearance and arraignment for the above defendant will take place before the undersigned on **Thursday, March 2, 2023, at 11:00 a.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 28th day of February, 2023.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa