IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) Case No. 22-cr-1039-2 |
| vs. | ) |
| | ) APPEARANCE |
| **CODI LYN DEMAIO,** | ) |
| Defendant. | ) |

COMES NOW, the above captioned Defendant, Codi Lyn DeMaio, by and through Counsel **Michael K. Lahammer** whom formally enters an appearance in this matter.

                                     _/s/ Michael K. Lahammer_
Michael K. Lahammer
ATT 4425
425 2nd St. SE Suite 1010
Cedar Rapids, Iowa 52401
Phone: 319-364-1140
Fax: 319-366-4551
ATTORNEY FOR DEFENDANT
Email: mike@lahammerlaw.com

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was filed via CM/ECF on this 1st day of March, 2023, and all parties of record received copies.

_.s. Michael K. Lahammer_