AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

RECEIVED By US Marshals N Iowa at 12:49 pm, Feb 24, 202-

United States of America
v.
Codi Lyn Demaio
*Defendant*

) Case No. 22-CR-1039
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Codi Lyn Demaio,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance Near a Protected Location in violation of Title 21, United States Code, Section 846

Date: 02/23/2023

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/24/2023, and the person was arrested on *(date)* 02/28/2023
at *(city and state)* Dubuque Iowa.

Date: 02/28/2023

*Arresting officer's signature*

Daniel Kearney - Deputy Dubuque Co Sheriff
*Printed name and title*