# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. CODY LYN DEMAIO, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:22-cr-1039-CJW-MAR-2<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? --<br>Contact Information: -- |

| Date: | 3/2/2023 | Start: | 11:10 AM | Adjourn: | 11:14 AM | Courtroom: | 4 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Devra Hake | | | | | | |
| | Defendant(s): | Michael K. Lahammer (Defendant appears personally) | | | | | | |
| | U.S. Probation: | Amy Moser, Meggie Fahrner, and Zach Galuski | | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X  AND/OR  ARRAIGNMENT: X

Contested? No   Continued from a previous date? No

| | |
|---|---|
| Date of indictment: | 2/23/2023 (superseding) |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | not guilty to count 1 of the superseding indictment |
| Counsel: Retained X Appointed (FPD or CJA Panel): | CJA Panel: Michael K. Lahammer |
| Stipulation to discovery plan? Yes  Did defendant provide financial affidavit? | Yes |
| Did the government move for detention? Yes  Was the defendant detained? | Yes |
| Detention hearing: | MAR 3/7/2023 at 1:30 PM |
| Trial date: | CJW 4/3/2023 |
| **Witness/Exhibit List is** | -- |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | Defendant waives reading of the indictment.<br><br>Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. |
|---|---|

Page **1** of **1**