# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. CODI LYN DEMAIO, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:22-cr-1039-CJW-MAR-2<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Kristen Sanchez<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 3/3/2023 | Start: | 1:57 PM | Adjourn: | 2:15 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |

| Appearances: | | |
|---|---|---|
| | Plaintiff(s): | SAUSA Dan Chatham |
| | Defendant(s): | Michael K. Lahammer (Defendant appears personally) |
| | U.S. Probation: | Francesca Schrader |
| | Interpreter: | -- Language: -- Certified: -- Phone: -- |

**TYPE OF PROCEEDING:** PRELIMINARY EXAMINATION ☐  DETENTION ☒  REVOCATION ☐

Contested? No    Continued from a previous date? No

| Moving party: | Plaintiff | |
|---|---|---|
| Nature of proceedings: | | Ruling: |
| Preliminary examination | | |
| Review of detention or conditions | X | Detention hearing not held. Defendant released under the terms/conditions of the Court's release order. |
| Review of pre-trial release | | |
| Review of supervised release | | |
| **Witness/Exhibit List is** | | -- |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| **Miscellaneous:** | Mr. Chatham informs the Court that he is no longer seeking detention. | |