IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 22-CR-1039-2 CJW |
| vs. | |
| JACOB PATRICK DEMAIO and CODI LYN DEMAIO, | MOTION TO CONTINUE TRIAL AND TO RESET PRETRIAL DEADLINES |
| Defendant. | *(Unresisted)* |

COMES NOW, Defendant Codi Lyn DeMaio, by and through her undersigned attorney and in support of this unresisted Motion to Continue Trial and Reset Pretrial Deadlines states as follows:

1. The Defendant is charged in a Superseding Indictment filed February 23, 2023, (Doc. #18), with one count of Conspiracy to Distribute a Controlled Substance near a Protected Location, in violation of Title 21 U.S.C. §§846, 841(a)(1), 841(b)(1)(A) and 860(a).

2. The Trial in this matter is currently scheduled for April 3, 2023, due to co-defendant Jacob DeMaio's prior arrest October 24, 2022, on the original Indictment filed October 19, 2022. (Doc. #2).

3. The undersigned is requesting additional time to complete the review of what has been reported to be voluminous discovery. Discovery has not yet been received for this case. Defendant Codi Lyn DeMaio is released under the supervision of Probation.

4. Continuing the Trial and extending the time for any pretrial deadlines is in

1

the interests of justice and will not prejudice the Government.

5. The undersigned has spoken with SpAUSA Devra T. Hake, and she has no objection to continuing trial and resetting pretrial deadlines in this matter. Further, the undersigned has also been in contact with co-defendant's counsel, Attorney Michael Lanigan, and he has no objection to continuing trial and resetting pretrial deadlines in this case. Mr. Lanigan and the undersigned request a trial date after July 1, 2023.

WHEREFORE, the Defendant prays the Court grant this Motion to Continue Trial and Reset Pretrial Deadlines for both defendants, and for such other and further relief as the Court deems just and proper in the premises.

                                                           _/s/ Michael K. Lahammer_
                                                           Michael K. Lahammer
                                                           ATT 4425
                                                           425 2nd St. SE Suite 1010
                                                           Cedar Rapids, Iowa 52401
                                                           Phone: 319-364-1140
                                                           Fax: 319-364-4442
                                                           ATTORNEY FOR DEFENDANT
                                                           Email: mike@lahammerlaw.com

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was filed via CM/ECF on this 6th day of March, 2023, and all parties of record received copies.

_.s. Michael K. Lahammer_