UNITED STATES DISTRICT COURT
NORTHERN DISTRICT IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 22-CR-1039 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NOTICE OF INTENT TO PLEAD GUILTY |
| JACOB PATRICK DEMAIO, | ) ) ) ) | |
| Defendant. | ) ) | |

COMES NOW Defendant, Jacob Demaio, by and through counsel, and hereby files this Notice of Intent to Plead Guilty.

Respectfully Submitted,

June 23, 2023
Date

/s/: Michael Lanigan
Michael Lanigan, #AT0004554
318 East Fourth Street
Waterloo, Iowa 50703
Phone: (319) 236-2064
Fax: (319) 232-2390
Attorney for Defendant
laniganlaw@mchsi.com

CERTIFICATE OF SERVICE

I certify that on 06/23/2023, I electronically filed the foregoing with the Clerk of Court using the CMECF system which will send notification of such filing to the following:

U.S. Attorney