# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DUBUQUE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-1039-2 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **UNRESISTED MOTION** |
| **CODI LYN DEMAIO,** | ) | **TO EXTEND DEFENDANT'S** |
| | ) | **ACCEPTANCE OF** |
| Defendant. | ) | **RESPONSIBILITY HEARING** |
| | ) | |

COMES NOW, the above captioned Defendant, by and through her undersigned attorney and in support of this Motion to Extend Defendant's Acceptance of Responsibility Hearing, states as follows:

1. The deadline for a hearing on Defendant's change of plea is July 3, 2023.

2. The Undersigned is informed that Judge Roberts is unavailable on July 3, 2023, but that he is available the morning of July 6, 2023.

3. The undersigned has spoken with AUSA Devra Hake and she does not resist an extension in this matter.

WHEREFORE, the Defendant respectfully requests an extension of time in which to accept responsibility and enter her plea, and requests a plea hearing be set for the morning of July 6, 2023.

        */s/ Michael K. Lahammer*
Michael K. Lahammer
ATT 4425
425 2nd St. SE Suite 1010
Cedar Rapids, Iowa 52401

1

Phone: 319-364-1140
Fax: 319-364-4442
ATTORNEY FOR DEFENDANT
Email: mike@lahammerlaw.com

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was filed via CM/ECF on this 28th day of June, 2023, and all parties of record received copies.

*.s. Michael K. Lahammer*