IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 22-CR-01039-CJW-MAR |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB PATRICK DEMAIO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF RETURN OF SERVICE**

The United States hereby notifies the Court that on August 8, 2023, Eric Michael McSperrin was served by certified mail, return receipt with Notice of Forfeiture (Exhibit 1) and a copy of the Preliminary Order of Forfeiture.

Respectfully submitted,

TIMOTHY T. DUAX
UNITED STATES ATTORNEY

By: /s/ *Martin J. McLaughlin*
MARTIN J. McLAUGHLIN
Assistant United States Attorney
111 – 7TH Avenue SE
Cedar Rapids, IA   52401
(319) 363-6333
(319) 363-1990 - fax
Marty.McLaughlin@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY
By: /s/ A. Cosgrove