

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70111570000274766998

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:34 am on August 8, 2023 in DUBUQUE, IA 52001.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

DUBUQUE, IA 52001
August 8, 2023, 10:34 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Case 2:22-cr-01039-CJW-MAR   Document 71-1   Filed 08/14/23   Page 2 of 2