IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 22-CR-01039-CJW-MAR |
| vs. | ) | |
| JACOB PATRICK DEMAIO, | ) | |
| Defendant. | ) | |

## MOTION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth below. A proposed order is submitted under separate cover.

1. On July 31, 2023, the United States moved for a Preliminary Order of Forfeiture of the following property:

    **A 2005 Harley Davidson FXST motorcycle,**

    **And**

    **A Baikal pistol by Imez, caliber 9 x 18 mm Makarov.**

    (Doc. 66).

2. On August 1, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Rule 32.2(b) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(a), based upon the defendant's guilty plea entered on July 6, 2023, in which the Court ordered the forfeiture of any interest defendant had or has in the property alleged to be subject to forfeiture under the

Forfeiture Allegation of the February 24, 2023 Superseding Indictment. (Doc. 67).

3. Since the entry of this Preliminary Order of Forfeiture, the United States has learned that authorities within the state of Iowa intend to forfeit the following property:

**A Baikal pistol by Imez, caliber 9 x 18 mm Makarov.**

4. Because the forfeiture of this firearm will be completed by state authorities, the United States will not seek a final order of forfeiture as it relates to the firearm listed in paragraph 3 above.

5. Based upon this information, the United States is seeking a final order of forfeiture as to the motorcycle only which is specifically described as follows:

**A 2005 Harley Davidson FXST motorcycle.**

6. The United States has provided notice to all third parties pursuant to 21 U.S.C. § 853(n) including notice by publication (Doc. 79), and direct notice to potential alleged owners of an interest in the 2005 Harley Davidson FXST motorcycle, co-defendant Codi Demaio (Doc. 83) and Eric McSperrin (Doc 73). No party has filed a petition with the court to adjudicate the validity of their interest pursuant to 21 U.S.C. § 853(n)(2).

7. Since no parties have filed petitions asserting an interest in the 2005 Harley Davidson FXST motorcycle, the United States moves for the entry of a final order of forfeiture. A proposed order is submitted under separate cover.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture forfeiting to the United States the property described in paragraph 5 above and order the United States (or its designee) to seize and

maintain custody of the forfeited property and dispose of it in accordance with the

law.

Respectfully submitted,

TIMOTHY T. DUAX
UNITED STATES ATTORNEY

By: */s/ Martin J. McLaughlin*
MARTIN J. McLAUGHLIN
Assistant United States Attorney
111 - 7TH Avenue SE
Cedar Rapids, IA    52401
(319) 363-6333
(319) 363-1990 - fax
Marty.McLaughlin@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

By: */s/ A. Muzingo*