IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 22-CR-01039-CJW-MAR |
| vs. | ) ) | |
| JACOB PATRICK DEMAIO, | ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 23, 2023, a Superseding Indictment was filed charging the defendant with one count (Count 1) of Conspiracy to Distribute a Controlled Substance Near a Protected Location, in violation of Title 21, United States Code, Section 846. (Doc. 18);

AND WHEREAS, the Superseding Indictment included a forfeiture allegation seeking forfeiture of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s) in violation of Title 21, United States Code, Section 846. The property to be forfeited included, but was not limited to, the following:

**A 2005 Harley Davidson FXST motorcycle.**

AND WHEREAS, on July 6, 2023, Jacob Patrick Demaio entered a plea of guilty to Count 1 of the Superseding Indictment. (Doc. 54);

AND WHEREAS, on July 7, 2023, the Honorable Mark A. Roberts, United

States Magistrate Judge for the Northern District of Iowa, entered a Report and Recommendation concerning defendant's plea of guilty to Count 1 of the Indictment. (Doc. 57);

AND WHEREAS, also on July 6, 2023, pursuant to the provision of Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, United States Magistrate Judge Roberts found that the government had established the requisite nexus between the property subject to forfeiture and the offense as charged in Count 1, Conspiracy to Distribute a Controlled Substance Near a Protected Location, in violation of Title 21, United States Code, Section 846. (Doc. 57);

AND WHEREAS, on July 24, 2023, the Court entered an order accepting United States Magistrate Judge Roberts' Report & Recommendation of July 6, 2023. (Doc. 61);

AND WHEREAS, pursuant to the July 24, 2023, acceptance of the plea of guilty, the United States moved for a Preliminary Order of Forfeiture on July 31, 2023, (Doc. 66), pursuant to Rule 32.2(b)(2)(A), seeking an order following the Court's acceptance of United States Magistrate Judge Roberts' Report and Recommendation, including his finding of the requisite nexus between the property and the offense;

AND WHEREAS, on August 1, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on July 6, 2023, in which the Court ordered the forfeiture of any interest defendant had or has in the

property alleged to be subject to forfeiture under the Forfeiture Allegation of the February 24, 2023 Superseding Indictment. (Doc. 67);

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning September 8, 2023, and continuing through October 7, 2023, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. (Doc. 79);

AND WHEREAS, Michael McSperrin, was served by certified mail, return receipt requested, on August 8, 2023, with the Notice of Forfeiture and a copy of the Preliminary Order of Forfeiture. (Doc. 71);

AND WHEREAS, Codi Lyn Demaio was served, c/o Michael K. Lahammer, Lahammer Law Firm, PC by certified mail, return receipt requested, on October 19, 2023, with the Notice of Forfeiture and a copy of the Preliminary Order of Forfeiture. (Doc. 83);

AND WHEREAS, no third-party claims have been made for return of seized property against the property included in the Preliminary Order of Forfeiture;

AND WHEREAS, defendant Jacob Patrick Demaio was sentenced on December 29, 2023, forfeiture having been orally pronounced, and said judgment having been filed on December 29, 2023. (Doc. 91).

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property seized from Jacob Patrick Demaio, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

**A 2005 Harley Davidson FXST motorcycle.**

3. That the Drug Enforcement Administration (DEA) is hereby authorized to dispose of the property identified in paragraph 2 above.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**IT IS SO ORDERED** this 22nd day of January, 2024.

C.J. Williams
United States District Judge
Northern District of Iowa